■ JOSEPH C. MENDOLA, Respondent, v PIEHLER PONTIAC CORP. et al., Appellants.—Order unanimously reversed, without costs, and complaint dismissed with leave to plaintiff to serve an amended complaint, if so advised, within 20 days. (See *Perkins v Merchants Mut. Ins. Co.,* 50 AD2d 1070; *Oeschger v Fullforth,* 51 AD2d —.) (Appeal from order of Monroe Supreme Court, in automobile negligence action.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ.